UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-62239-CIV-MORENO

JALINE FENWICK,

        Plaintiff,

vs.

FLORIDA PET RETAILERS, INC., &
POOCHES OF PINES, INC., d/b/a PETLAND
PEMBROKE PINES,

        Defendants.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE THIS CAUSE came before the Court upon Defendants' Unopposed Motion to Stay Proceedings **(D.E. 12)**, filed on **October 2, 2019**.

Given the Federal Trade Commission's review of definition of an automatic telephone dialing system, the Court finds it advisable to stay the case. Accordingly, it is

**ADJUDGED** that:

    I.     Defendants' unopposed motion for stay is GRANTED.

    II.    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

    III.   The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

    IV.   This order shall not prejudice the rights of the parties to this litigation.

V.  Plaintiff SHALL notify the Court by **December 12, 2019**, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___7___ of October 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record