UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-62239-CIV-MORENO**

JALINE FENWICK,

      Plaintiff,

vs.

FLORIDA PET RETAILERS, INC., &
POOCHES OF PINES, INC., d/b/a PETLAND
PEMBROKE PINES,

      Defendants.
_____/

**FINAL ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon the Joint Stipulation of Dismissal with prejudice (**D.E. 16**), filed on **July 21, 2020**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.  It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Court reserves jurisdiction for six months to enforce the terms of the settlement.  Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd of July 2020.

*Federico A. Moreno*
_____
      FEDERICO A. MORENO
      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record